# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** STANLEY THOMAS & JUNE MARIE LUND
**Case Number:** 2:09-BK-18416-CGC **Chapter:** 7

**Date / Time / Room:** THURSDAY, APRIL 01, 2010 11:00 AM 6TH FLOOR #601

**Bankruptcy Judge:** CHARLES G. CASE II
**Courtroom Clerk:**
**Reporter / ECR:** N/A

## Matter:

**ADV:** 2-09-01689

**DAVID A. BIRDSELL & THE BILTMORE BANK OF ARIZONA vs LISA LUND & LUND MORTGAGE TEAM, INC.**
SCHEDULING CONFERENCE AND PROCEDURES SCHEDULING CONFERENCE SET FOR 4/1/2010 AT 11:00 AM AT 230 N. FIRST AVE., 6TH FLOOR, COURTROOM 601, PHOENIX, AZ (CGC) .

**R / M #:** 8 / 0

**VACATED:** UPON STIPULATED SCHEDULING ORDER CONTINUED TO 10/13/2010 AT 11:00 AM

## Appearances:

NONE

## Proceedings:

VACATED: UPON STIPULATED SCHEDULING ORDER CONTINUED TO 10/13/2010 AT 11:00 AM